IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania : CIVIL ACTION
:
v. :
:
Christopher Williams : NO. 13-3038-BMS

### ORDER

AND NOW, this           Day of            , 20     , it is hereby
ORDERED that the application of <u>Paul R.Q. Wolfson</u>, Esquire, to practice in this
court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Paul R.Q.Wolfson____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David Richman | [signature] | 1/12/70 | 04179 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

PEPPER HAMILTON LLP

3000 Two Logan Square, 18th & Arch Sts., Phila., PA 19103

215-981-4412

Sworn and subscribed before me this
21st Day of June, 2013

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA HENDRICK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 14, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania : CIVIL ACTION
:
v. :
:
Christopher Williams : NO. 13-3038-BMS

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Paul R.Q. Wolfson___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

    Thomas W. Dolgenos
    Hugh J. Burns, Jr.
    Ronald Eisenberg
    Susan E. Affronti
    Peter Carr

District Attorney's Office, Three South Penn Square

Philadelphia, PA 19107-3499

_____
Signature of Attorney

David Richman
Name of Attorney

( David Richman
Name of Moving Party

June 21, 2013
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _____

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Paul R.Q. Wolfson the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____ for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

[see attached sheet]
(State where admitted)    (Admission date)    (Attorney Identification Number)

_____ _____ _____
(State where admitted)    (Admission date)    (Attorney Identification Number)

_____ _____ _____
(State where admitted)    (Admission date)    (Attorney Identification Number)

B. I state that I am currently admitted to practice in the following federal jurisdictions:

[see attached sheet]
(Court where admitted)    (Admission date)    (Attorney Identification Number)

_____ _____ _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

_____ _____ _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Fed. Community Def. Org.

(Applicant's Signature)

06/14/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington DC 20006

Sworn and subscribed before me this
17th Day of June, 2013
Kay D. Dallosta
Notary Public



KAY D. DALLOSTA
Notary Public of District of Columbia
My Commission Expires June 14, 2017

10/04