IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania : CIVIL ACTION
:
v. :
:
Christopher Williams : NO. 13-3038-BMS

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby
ORDERED that the application of <u>Joshua M. Salzman</u>, Esquire, to practice in this
court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Joshua M. Salzman___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David Richman | [signature] David Richman | 1/12/70 | 04179 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

PEPPER HAMILTON LLP

3000 Two Logan Square, 18th & Arch Sts., Philadelphia, PA 19103

215-981-4412

Sworn and subscribed before me this
21st Day of June, 2013.

[signature] Sandra Hendrick
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA HENDRICK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 14, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania : CIVIL ACTION
:
v. :
:
Christopher Williams : NO. 13-3038-BMS

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Joshua M. Salzman___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

    Thomas W. Dolgenos
    Hugh J. Burns, Jr.
    Ronald Eisenberg
    Susan E. Affronti
    Peter Carr

    District Attorney's Office
    Three South Penn Square
    Philadelphia, PA 19107-3499

_/s/ David Richman_
Signature of Attorney

David Richman
Name of Attorney

David Richman
Name of Moving Party

June 21, 2013
Date

# Joshua M. Salzman

## Bar and Court Admissions

| | | |
|---|---|---|
| New York Court of Appeals (New York State Bar) | October 1, 2007 | Bar No. 4537775 |
| District of Columbia Court of Appeals (District of Columbia Bar) | July 11, 2008 | Bar No. 982239 |
| U.S. Court of Appeals for the Federal Circuit | January 5, 2009 | |
| U.S. Court of Appeals for the Eleventh Circuit | January 27, 2010 | |
| U.S. District Court for the District of Columbia | May 3, 2010 | |
| U.S. Court of Appeals for the Ninth Circuit | October 27, 2010 | |
| U.S. Court of Appeals for the District of Columbia Circuit | November 15, 2010 | Bar No. 53173 |
| U.S. Supreme Court | December 5, 2011 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____ Civil Action No# 13-3038-BMS

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Joshua M. Salzman_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 10/01/2007 | 4537775 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 07/11/2008 | 982239 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for ___Defender Ass'n of Phila.___

_/s/ Joshua Salzman_
(Applicant's Signature)

_June 14, 2013_
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_____

Sworn and subscribed before me this
_14th_ Day of _June_, 20_13_
_/s/ Kay D. Dallosta_
Notary Public

KAY D. DALLOSTA
Notary Public of District of Columbia
My Commission Expires June 14, 2017

10/04