BMS

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | CIVIL ACTION |
| v. | : | |
| Christopher Williams | : | NO. 13-3038-BMS |

ORDER

AND NOW, this 24 Day of June, 2013 it is hereby

ORDERED that the application of Joshua M. Salzman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.