APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Christopher Williams | : | NO. 13-3038-BMS |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Patrick J. Carome</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 13-3038-BMS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Patrick J. Carome__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __560322__, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 01/16/1985 | 385676 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Masachusetts | 06/19/1984 | 542808 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| See attached sheet |  |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Defender Ass'n of Phila.

(Applicant's Signature)

6/28/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Sworn and subscribed before me this
28th Day of June, 2013

Notary Public

My Commission Expires: Aug. 14, 2016

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Patrick Carome___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Deirdre McInerney | *Deirdre McInerney* | 12/19/2006 | 200089 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pepper Hamilton, 3000 Two Logan Square, 18th & Arch Streets

Philadelphia, PA 19103

215-981-4000

Sworn and subscribed before me this

___9th___ Day of ___July___, 2013

*Jean M. Dicus*

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEAN M. DICUS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 24, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Christopher Williams | : | |
| | : | NO.   13-3038 BMS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Patrick Carome

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Peter Carr, Assistant District Attorney

Philadelphia District Attorney's Office, Three South Penn Square

Philadelphia, PA 19107

*Deirdre McInerney*
Signature of Attorney

Deirdre McInerney
Name of Attorney

Defender Ass'n of Phila.
Name of Moving Party

07/09/2013
Date