# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Commonwealth of Pennsylvania's Application for Extraordinary Jurisdiction<br><br>in<br>Commonwealth of Pennsylvania<br><br>v.<br><br>Christopher Williams<br>(No. 88 EM 2013) | Civ No. 13-3038 |

## PROPOSED ORDER

AND NOW, on this 9 day of July, 2013, the Court hereby GRANTS Respondent's Unopposed Motion For Extension of Time. Respondent now has until July 26, 2013, to file a response to the Commonwealth's Motion to Remand.

IT IS SO ORDERED.

BERLE M. SCHILLER
United States District Judge