IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re Commonwealth of Pennsylvania's
Application for Extraordinary Jurisdiction

In
Commonwealth of Pennsylvania

v.

Christopher Williams
(No. 88 EM 2013)

Civ No. 2:13-cv-03038-BMS

## PROPOSED ORDER

AND NOW, this ___ 9 day of July, 2013, upon consideration of the Defender Association of Philadelphia's ("FCDO") unopposed motion for leave to file a reply brief in support of its motion to dismiss on July 19, 2013, it is hereby ORDERED that said motion is GRANTED. The FCDO shall file a reply brief not to exceed 25 pages on July 19, 2013. IT IS SO ORDERED.

BERLE M. SCHILLER
United States District Judge