APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Commonwealth of Pennsylvania | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| Christopher Williams | : | NO.  13-3038-BMS |

### ORDER

AND NOW, this 9 Day of July, 2013, it is hereby

ORDERED that the application of Patrick J. Carome, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.