# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____ :

In Re Commonwealth of Pennsylvania's :
Application for Extraordinary Jurisdiction :
                                             :      Civ No. 2:13-cv-03038-BMS

In :
Commonwealth of Pennsylvania :
 :
             v. :
 :
Christopher Williams :
(No. 88 EM 2013) :
_____ :

## PROPOSED ORDER

       AND NOW, on this _____ day of_____, 2013, upon consideration of the

Commonwealth's Motion to Remand, and the opposition filed in response thereto, it hereby

ORDERED that the Commonwealth's Motion to Remand is DENIED.  IT IS SO ORDERED.


_____
Berle M. Schiller
United States District Judge