IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| *v.* | : | |
| CHRISTOPHER WILLIAMS | : | NO.:   13-cv-3038 |

## O R D E R

**AND NOW**, this **30**th day of **JULY, 2013**, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Berle M. Schiller to the calendar of the Honorable Nitza I. Quiñones Alejandro.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

/s/   Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court