IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** <br> *Plaintiff* <br><br> v. <br><br> **CHRISTOPHER WILLIAMS** <br> *Defendant* | : CIVIL ACTION <br> : <br> : <br> : NO. 13-3038 <br> : <br> : <br> : <br> : |

# O R D E R

**AND NOW,** this 1st day of August, 2013, the above case having been transferred to the docket of the Honorable Nitza I. Quiñones Alejandro, it is hereby **ORDERED** that a status conference shall be held on August 20, 2013, at 2:00 PM at the United States Courthouse, 601 Market Street, Room 4000, Philadelphia, PA, at which the parties shall be prepared to discuss the status of the litigation.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**