IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re Commonwealth of Pennsylvania's Application for Extraordinary Jurisdiction<br><br>In<br>Commonwealth of Pennsylvania<br><br>           v.<br><br>Christopher Williams<br>(No. 88 EM 2013) | Civ No. 2:13-cv-03038-NIQA |

**RESPONDENT DEFENDER ASSOCIATION OF PHILADELPHIA'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Respondent Defender Association of Philadelphia respectfully requests that the Court take notice of a recent opinion by Judge McLaughlin in the analogous case challenging the FCDO's representation of Isaac Mitchell. *See In Re Proceeding In Which The Commonwealth of Pennsylvania Seeks to Compel the Defender Association of Philadelphia to Produce Testimony and Documents and to Bar It from Continuing To Represent Defendant Mitchell In State Court*, No. 13-cv-1871 (E.D. Pa. Aug. 15, 2013) (Exhibit A). The opinion concludes that the FCDO was entitled to remove a disqualification proceeding to federal court pursuant to 28 U.S.C. §§ 1442 and 1446(g), and that the proceeding was subject to dismissal due to the Commonwealth's lack of a right of action and preemption. These holdings bear directly on the questions raised by the Motion to Dismiss (Dkt. 14) and Motion to Remand (Dkt. 15) pending before this Court.

Respectfully submitted,

Dated: August 16, 2013                /s/ David Richman
David Richman (PA 04179)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
215.981.4000
richmand@pepperlaw.com

Patrick J. Carome (pro hac vice)
Paul R.Q. Wilson (pro hac vice)
Joshua M. Salzman (pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202.663.6000
Patrick.Carome@wilmerhale.com

*Attorneys for Respondent Defender
Association of Philadelphia*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013, a true and correct copy of the foregoing Notice of Supplemental Authority will be served via CM/ECF Notification upon the following:

>Hugh J. Burns, Jr.
>Peter Carr
>Three South Penn Square
>Philadelphia, PA 19107

>>/s/ David Richman
>>David Richman