IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | CIVIL ACTION |
| *Plaintiff* | : | NO. 13-3038 |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER WILLIAMS** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 28th day of August, 2013, by agreement of counsel and with the concurrence of this Court, it is hereby **ORDERED** that the Clerk of Court shall place this matter in civil suspense until the Pennsylvania Superior Court adjudicates Defendant's Post Conviction Relief Act appeal.

The parties further agree that should the Superior Court's decision not effectively moot the current action before this Court, this matter shall remain in suspense pending the determination of an appeal to be filed in the Court of Appeals for the Third Circuit, and the motions for reconsideration pending before the Honorable A. Richard Caputo in the United Stated District Court of the Middle District.[1] The parties are to promptly inform this Court of any developments that warrant reactivating this action.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] The appeal in the matter of *Commonwealth v. Mitchell*, No. 13-01871 (E.D. Pa.); motions for reconsideration in the matters of *Commonwealth v. Dowling*, No. 13-00510 (M.D. Pa.), *Commonwealth v. Dick*, No. 13-00561 (M.D. Pa.) and *Commonwealth v. Sepulveda*, No. 13-00511 (M.D. Pa.). These rulings on motions to remand parallel the pending motion to remand in this action.